# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Deslyn Stanger

        Plaintiff.　　　　　　Civil 09-0993 (PAM/JSM)

v.

                              **ORDER OF DISMISSAL**

Park View Care Center

        Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: May  14  , 2010

                                                  s/Paul A. Magnuson
                                                  Paul A. Magnuson, Judge United States District Court